

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

King Kofi Tamir Neo Lior Bey

_____,

**Plaintiff(s),**

vs.

U.S.A, INC. et al

_____,

**Defendant(s).**

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

JUL 05 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Case No.**

1:17-cv-05004
Judge Andrea R. Wood
Magistrate Judge Michael T. Mason

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is King Kofi Tamir Neo Lior Bey                  .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(See attached)

4.  Defendant, UNITED STATES OF AMERICA, INC. et al , is

(name, badge number if known)

☐ an officer or official employed by _____ ;

(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

acted is COOK County . As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.  On or about July 24, 2012 , at approximately 6:00 ☑ a.m. ☐ p.m.

(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of NORTHERN

DISTRICT, 219 S. Dearborn, in the County of Cook ,

State of Illinois, at 219 S. Dearborn, Chicago IL 60604,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐ failed to provide plaintiff with needed medical care;

☐ conspired together to violate one or more of plaintiff's civil rights;

☒ Other:
Violated Constitutional Right to self-employment
without the UNITED STATES OF AMERICA, INC. approval.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): The Defendant policy was under Title 18 & Title 42.

8. Plaintiff was charged with one or more crimes, specifically:

The Defendants assumed that the Plaintiff was contracted to work as an employee for Rosner when all the Plaintiff did was referred individuals who needed nursing assistance to an agency that could assist them for a fee.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I the Plaintiff, was looking for work to assist my family with every day needs. Someone from the agency Rosner approached me asking if I was looking to make a few dollars and be my own boss as I made these fund; I said yes and learned that they were looking to get more patients to service yet they didn't wish to take another marketing approach other than word of mouth. I found clients that needed nursing assistance and referred them to the agency (Rosner) for servicing. To my knowledge, this is not a criminal act. I am entitled to find my own work; as it is protected constitutionally.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

The Plaintiff was unlawfully detained, forced to create a bond for the agency/Defendant, loss of work, defamation (it's hard to find work), and constant harassment due to the false charges from the Defendant and linked agencies.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.   Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.   Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.   ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.   Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *By: King Kofi Tamir Neo Lior Bey UCC1-308*

Plaintiff's name *(print clearly or type)*: King Kofi Tamir Neo Lior Bey

Plaintiff's mailing address: P.O. Box 9479

City Chicago          State Illinois   ZIP 60609

Plaintiff's telephone number: (773) 386- 6003 .

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

15.   Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## ATTACHMENT TO COMPLAINT
### DEFENDANT'S NAME & INFO

1. USA / AKA / UNITED STATES OF AMERICA, INC. / **CORPORATION**
2. J. Clifford Green Jr. / LAW OFFICE OF J. CLIFFORD GREENE JR. / **Individual Capacity**
3. AUSU – CHICAGO / U.S. ATTORNEY'S OFFICE / **CORPORATION**
4. Stephen Chahn Lee / U.S. ATTORNEY'S OFFICE / **Individual Capacity**
5. Elizabeth Rose Pozolo / U.S. ATTORNEY'S OFFICE / **Individual Capacity**
6. Paul Daniel Brask / PIERCE & ASSOCIATES, PC / **Individual Capacity**
7. Halley Beth Guren / U.S. ATTORNY'S OFFICE / **Individual Capacity**
8. WELLS FARGO HOME MORTGAGE / **CORPORATION**
9. PRETRIAL SERVICES / **CORPORATION**
10. PROBATION DEPARTMENT / **CORPORATION**
11. Kate Zell / U.S. ATTORNEY'S OFFICE / **CORPORATION**
12. Michael T. Mason / UNITED STATES DISTRICT COURT / **Individual Capacity**
13. John W. Darrah / UNITED STATES DISTRICT COURT / **Individual Capacity**
14. Todd McKechnie / PROBATION OFFICER / **Individual Capacity**
15. Zachary T. Fardon / U.S. ATTORNEY'S OFFICE / **Individual Capacity**
16. Sarah L. Ellis / UNITED STATES DISTRICT COURT / **Individual Capacity**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


King Kofi Tamir Neo Lior Bey,
         Plaintiff


V.


UNITED STATES OF AMERICA, INC. et al (See Attachment)
         Defendants


AFFIDAVIT OF OBLIGATION
COMMERCIAL LIEN
(This is a verified plain statement of fact)

Date: June 27, 2017 Maxims:


1. All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

2. Truth, as a valid statement of reality, is sovereign in commerce.

3. An un-rebutted affidavit stands as truth in commerce.

4. An un-rebutted affidavit is acted upon as the judgment in commerce.

5. Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for them - and endow it with credibility by expressing it in their affidavit.

6. Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.

7. All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses. Hence, governments cannot exercise the power to expunge commercial processes.

8. The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of commercial Bonds against Public Hazard.

9. No Bond means no responsibility, means no power of Official signature, means no real corporate political power and means no privilege to operate statutes as the corporate vehicle.

10. The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

11. Municipal corporations, which include cities, counties, states and national governments, have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

12. In commerce, it is a felony for the Officer/Public Office to not receive and report a Claim to its Bonding Company – and it is a felony for the agent of a Bonding Company to not pay the Claim.

13. If a bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within (60) days, then it must pay the full face value of a defaulted Lien process at (90) days.

14. Except for a Jury, it is also a fatal offence for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

15. Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation – hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

16. Governments cannot make unbounded rulings or statutes which control commerce, free-enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

17. It is tax fraud to use Courts to settle a dispute/ controversy which could be settled peacefully, outside of or without the Court.

18. An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

19. An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor – and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

20. It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a Commercial Lien.

21. Notice to agent is notice to principal; notice to principal is notice to agent.

22. PUBLIC HAZARD BONDING OF CORPORATE AGENT: All officials are required by Federal, State and Municipal Law to provide the name, address and telephone number of their public hazard and malpractice bonding company, the policy number of the bond and if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official, personally, to secure their public oath and service of office.

23. This Commercial UCC- Obligation Lien is, in part, supported & prefaced on 9/102 (Agricultural Liens); UCC 9/607-610 (Secured Party's Right to take possession after default), with ALL RIGHTS RESERVED.

**Party**: King Kofi Tamir Neo Lior Bey

**Lien Debtors**: UNITED STATES OF AMERICA CORPORATION

**Allegations**:

1. The UNITED STATES OF AMERICA CORPORATION is a commercial derivation & subsidiary of the Crown Templar, or Temple Crown, who's Corporate Headquarters is located in the City of London, England. Is this correct? Yes? or No? If No, please explain.

2. In 2007, William C. Hubbard, Esquire, received the American Inns of Court Professionalism Award for the Fourth Circuit. In 2015, he was called to the bench as an Honorary Bencher of the Middle Temple in London. Is this correct? Yes? or No? If No, please explain.

3. The A.B.A. was founded on August 21, 1878, in Saratoga Springs, New York, by 100 lawyers from 21 states. The I.B.A., established in 1947, now has over 55,000 individuals and 195 bar associations and law societies, and its organization continues to grow. Is this correct? Yes? or No? If No, please explain.

4. The first President of the AMERICAN BAR ASSOCIATION was its inceptor, creator, and implementor, James O. Broadhead. Representatives of 34 national bar associations gathered in New York, NY on 17 February 1947 to create the I.B.A. Was this NOT an act of sediton, treason, and "Piracy on Land," **pursuant 18 USC §1651-1661**? Yes? or No? If No, please explain.

5. Initial membership was limited to bar associations and law societies, but in 1970, I.B.A. membership was opened to individual lawyers. Members of the legal profession including attorneys, solicitors, barristers, advocates members of the judiciary, in-house lawyers, government lawyers, academics and law students comprise the membership of the I.B.A. Is this historical notation correct? Yes? or No? If No, please explain.

6. James O. Broadhead violated the Original & Organic XIII Amendment of the Constitution of the pre-1871 Continental United States of America, when, in 1878, he was chosen president of the American Bar Association, which met at Saratoga, N.Y.. In 1882, he was elected as the State's representative to the 48th Congress as a Democrat and in 1885 was appointed by the government as special agent to make preliminary search of the record of the French archives in the matter of the French spoliation claims, making his report in October, 1885. He was U.S. minister to Switzerland, 1893-'97. Do you agree James O. Broadhead committed treason against the Continental United States government in forming the A.B.A., and becoming its first President? Yes? or No? If No, please explain.

7. James O. Broadhead's election & appointment were direct abrogations and usurpations of the 1803 Supreme Court ruling over *Marbury v. Madison*, wherein, John Marshal rendered a majority decision restricting Barristers & Esquires, and other holders of Titles of Nobility, from holding government, or public offices, and declared that, "prescribing, giving, or taking such Oaths of Office" to these offices was "a solemn mockery" against the US Constitution, against its people, and was "equally a crime." If this is a correct assessment of the foundation & legacy of James O. Broadhead, it stands, then, that the entire concept, structural design, and the implementation of all contracts; ie, "Electoral College," "Lifetime Judicial Appointments," "Copyrighted, Revenue bearing Statutes, Codes, Rules, Ordinances," etc., created by the A.B.A. are fraudulent, malicious, egregious, and corrupt to the A.B.A.'s core. Yes? or No? If No, please explain.

8. Mr. Broadhead's coalition of 100 foreign agents ("attorneys"), who, in-concert, collusion, and conspiracy, created, with the encouragement, support, and aid & abetting of the Federal Reserve Debt Banking System, the AMERICAN BAR ASSOCIATION, in their efforts to "federalize," "democratize," "incorporatize," "defraud," and to silently overthrow the righteous & genuine Constitutional government of the united States, and to subvert, usurp, and to destroy the Unlienable & Natural Rights of the People & Tribal families, who resided & inhabited the Land, established by our Nation's Founding Fathers. Would you agree with this assessment? Yes? or No? If No, please explain.

9. Is it NOT True, then, that, "fraud vitiates all contracts," and that, all commercial contracts, including, but NOT limited to, ALL unlawful sentences & incarcerations of political prisoners (ie; imprisoned I.R.S. Lien Debtors, non-criminal offenders), wherein, such commercial contracts were all conceived in fraud, and lacking any moral & ethical character, are in direct conflict with Natural Law & Commercial Law, and thus, every A.B.A "contract" since 1882, whether verbal, or written, including, but not limited to all Judicial Oath's of Office, falsely sworn to, and fraudulently securitized, monetized, and commercialized, are Null & Void, ab initio? Yes? or No? If No, please explain in detail.

10. Our country's Founding Fathers established our Original & Organic Constitution under the "Land Jurisdiction," and NOT the "Jurisdiction of the Sea," or "Holy SEE," with various

"embargos" against acts of piracy, press-ganging, personage, slavery, barratry, and other notorious & potentially injurious foreign intrusions, including the Titles of Nobility Act, the XIII Amendment, Bills of Attainder, and other notable & honorable acts and codifications of law that were to insure the health, safety, and welfare of our government, our lands, and our People. Is this historically correct? Yes? or No?

11. If your answer to Question #10 is "Yes," then under what law form, or forms, were the A.B.A., the DEPARTMENT OF JUSTICE, and their minions, able to subvert & usurp the "Land Jurisdiction" with the mere "presumption" of the "Jurisdiction of the Sea?" (Please Select one, or more, law forms used) A. "Admiralty Law?" B. "Maritime Law?" C. "International Law?" D. "Commercial Law?" E. "Uniform Commercial Code?" "Roman Curia Law?"

12. The National Lawyers Guild was established in 1937, and, according to historic record, has its origins in the Communist Party. The A.B.A. was in protest of its establishment due to a belief that the N.L.G. was a "militant segment of the bar." In comparison to the criminal, unethical, and immoral conduct & activities of the members & individuals of the A.B.A., the members & individuals of the N.L.G., even if they are referred to as Communists, are, truly, "Saints," as the N.L.G. genuinely & honestly works for the people, and NOT for the corporations, as the A.B.A. does. Is this an accurate description & comparison of the A.B.A., and the N.L.G.? Yes? or No?

13. During the McCarthy era, the N.L.G. was accused by Attorney General Herbert Brownell Jr. as well as the House Un-American Activities Committee of being a Communist front organization. Federal Bureau of Investigation director J. Edgar Hoover repeatedly tried to get a successive Attorney's General to declare the N.L.G. a "subversive organization," but without success. If the A.B.A. was so opposed to the N.L.G., as alleged, why did the A.B.A.'s own Attorneys General, block the FBI's, Brownell's, the House Un-American Activities Committee, from prosecuting the N.L.G., when the A.B.A. claims the N.L.G. is, quite simply, "a militant segment of the bar (A.B.A.)?" Was this protest by members & individuals of the A.B.A. simply a ruse, or a Red Flag operation, to cloak the true intent & nature of the A.B.A., and banking elitist they represent? Please be specific in your answers!

14. The 1944 HUAC history asserted that the N.L.G. was merely "a streamlined edition of the International Juridical Organization," a Communist Party mass organization established in 1931. Are the A.B.A., and the D.O.J., not also, corporate members/associates of the INTERNATIONAL JURIDICAL ORGANIZATION? Yes? or No? If No, please explain.

15. The enactment of the 1948 Administrative Procedures Act following the A.B.A.'s 1947 BAR Treaty, created a multitude of quasi-government corporate agencies. Both efforts & Acts further subverted all legitimate dejure government agencies to bring them under the A.B.A.'s corporate judicial control & administration, thus destroying the genuine & lawful Executive & Legislative branches of the people's government. Yes? or No? If No, please explain the intent of these two efforts.

16. It is a well documented fact, that the A.B.A., I.B.A. and the D.O.J. are, quite simply, "political organizations" with distinct corporate connections to all nations, and State BAR Associations, Inns of the Courts, and to Districts & Middle Inns made up of adjoining State BAR Associations, and that, in order to "serve at the bench," all judges, from a municipal "judge," to the "Justices" of the US Supreme Court, according to the Federal Civil Procedures Act, MUST be members of the BAR. Does this "interstate districting," and the "judicial mandating" for the seating of "judges," "justices," and "magistrates," NOT violate every Nation's/State's General Laws & Rights, abridge individual voter & election rights, abrogate both State & Federal Constitutions, and completely nullifies the A.B.A.'s, and the I.B.A.'s very own "Articles of Incorporation," "Policies & Procedures," "Bylaws," and their own "Professional Rules of Conduct?" Yes? or No?

17. Both the A.B.A., and I.B.A., market their wares & practices as "voluntary," yet, in actual practice & execution, the A.B.A., and I.B.A., by all lawful & "legal" definitions, practice, what can only be defined as a "MONOPOLY" over the entire International & United States Justice Systems, and the A.B.A. dominates the genuine two branches of Continental government of the united States. Are the requirements set forth in the F.C.P.A., then, prima facie evidence of this criminal "MONOPOLIZING" of the Justice System, and does it NOT, in fact, encourage & promote the destabilization of the world's governments, through judicial & military occupation, political lobbying, social & economic manipulation, and inciting civil protest & unrest? Yes? or No? If No, please explain in detail.

18. Despite the fact, that, MONOPOLIES, and other antitrust R.I.C.O. activities, are both unlawful & "illegal" on the Land, the A.B.A., and the I.B.A., knowingly & willingly operates in Ultra Vires, and with total disregard & distain of human rights guaranteed by the Universal Declaration of Human Rights, and the numerous safeguards built into our State & Federal Constitutions. These safeguards are built into any number of our Maxims of Law, and our Constitutionally-derived laws, including *15 USC § 1 & 2*, which state very clearly & unambiguously, the penalties for operating in such a manner;

*15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty;* "*Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000.00 if a corporation, or, if any other person, $1,000,000.00 or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the (this) court.*"

*15 U.S. Code § 2 - Monopolizing trade a felony; penalty, which states;* "*Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with*

*foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000.00 if a corporation, or, if any other person, $1,000,000.00 or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the (this) court."*

19. Used in concert & conjunction with this Commercial Obligation Lien, **15 USC §1 & 2**, and the invocation of our "Crime Victim's Rights" as defined & described under **18 USC §3771**, the A.B.A., and the D.O.J., by the preponderance of well documented evidence, and by the sheer weight of notable & probable causes, already posted in, both, the private & public records, the individual members of the A.B.A., and the D.O.J., acting in their "corporate capacities," are found to be "guilty" on both counts, and are "guilty" of all crimes described under the "Piracy Codes" of **18 USC §1651-1661**, and under **42 USC §14141**-Cause of Action.

Would you NOT agree that the A.B.A., and D.O.J., enjoys rights, privileges, liberties, freedoms, and pursuits that are NOT extended to, or enjoyed by non-union members? Yes? or No? If No, please explain why your laws are NOT shared by all, and why these laws do NOT apply equally to A.B.A., or D.O.J. executives, directors, officers, members, employees, or their corporate contractors.

20. Given the incredible & irrefutable weight & preponderance of the evidence, even the private courts owned & administered by the A.B.A. and the D.O.J., MUST find them "guilty-as-charged," and MUST, therefore, under their very own revenue-bearing, statutory laws, convict themselves, less they be totally void of Human Morality, Ethics, Honor, or Character.

21. This request & demand by the Lien Claimant, for "written confessions & admissions," of course, are NOT likely to be honored, yet, under 28 U.S. Code § 455(a, b, c, d, e, f), which, in effect, and under multiple law systems, dissolves the Judiciary, a.k.a. "A.B.A." a.k.a. "D.O.J.," of ALL their jurisdiction, power, and authority, to hear, to adjudicate over such clear cases of fraud, or to act upon them, unless of course, the "corporate body," itself, and all justices, judges, magistrate judges, bankruptcy judges, spouses or minor children, as whatever the case may be, "divests himself/herself/themselves of the "financial interests" that provide the grounds for their disqualification."

22. For obvious reasons, as previously stated, the A.B.A.'s, and D.O.J.'s, private courts CANNOT begin to presume, or assume, to have subject-matter, personal, or territorial jurisdiction, power, or authority, over matters dealing with any Living Being, wherein, this Commercial Obligation Lien can only be dismissed by the Lien Claimant(s), or by a properly convened & seated common law jury, independent of the Crown Templar's private courts. To the detriment of the A.B.A. and the D.O.J. its Officers & Crew, and their entire membership, **U.S. Code 28 §455** is, exceedingly, clear, and unambiguous in its mandates, and that, the common law jury, as drawn & specified in the International Commercial Lien processes, belongs to the People, and NOT to any corruptible corporate body politic. Are the People "incorporable"

with the lack of full disclosure, and with the lack of their free willed & knowledgeable consent? Yes? or No? If No, please provide the International Law, of the Law of Merchants, giving the A.B.A., I.B.A., or the D.O.J., the right & privilege to create, legislate, or execute such presumptions, statutes, codes, ordinances, rules, gratuitous bailment's, bonds, contracts, or other colors of law.

23. In brief, **U.S. Code 28 §455** requires & demands that all individual members of the A.B.A., the I.B.A., and D.O.J., "divest" themselves of any & all "financial interests" in any corporation, or quasi-government agency, including their financial ties to the only True branches of the Continental united States government, their banks, their insurance companies, and their for-profit jail & prison systems. The A.B.A. and the D.O.J., in order to be in full contractual compliance with **United States Code 28§455**, MUST, without further obstruction, hesitation, or delay, release all military prisoners, corporate captives, and political hostages, currently being held against their free will, or imprisoned by force, threat, intimidation, blackmail, extortion, or by any other unlawful & criminal means. This includes nullifying all such contracts, and the immediate release of all dejure government law enforcement officials, employees, clerks, and staff, currently being held hostage by the BAR's members and gatekeepers. In so doing, would you have any problem in implementing a "prisoner exchange program?" Yes? or No?

24. The A.B.A. and the D.O.J., with each individual member acting & operating in their own "corporate capacities," (P.C.'s, L.L.C.'s, etc.) and each member is, by corporate association, in violation of **15 USC § 1 & 2**, for a total monetary penalty of ONE HUNDRED FIFTEEN MILLION US GOLD DOLLARS ($115,000,000.), EACH, including Tort Claims of 4X's, and TEN (10) YEARS imprisonment, per individual, corporate-body, per offense (ie; lobbied, legislated, and executed revenue-bearing statutes, codes, rules, ordinances, and every color of law crafted & copyrighted by the individual members of the A.B.A., the D.O.J.). With a minimum of 7,000 revenue-bearing statutes, codes, rules, ordinances, and colors of law, being lobbied, legislated, and executed by the A.B.A. and the D.O.J., every year since 1882, the total Claim for Remedy package would be staggering & overwhelming. Would you NOT agree? Yes? or No? If No, please apply your own rules of math to this equation, and provide the Lien Claimants the result.

25. Obviously, there is not enough gold in the world to cover these "Accounts Payable," or the People's "Accounts Receivables," so the A.B.A. and the D.O.J., along with all of their corporate affiliations MUST, by the sheer weight of the debt owed, be permanently dissolved, and their corporate, personal, and private assets forfeited, seized, recovered, and returned to the People & Tribes they have injured. The A.B.A.'s, and I.B.A.'s membership, then, MUST work off the unrecoverable debts, either through forced imprisonment, and/or hard labor, which, as "Public-anuses," none of A.B.A.'s, or the D.O.J.'s members are accustomed to.

26. The A.B.A.'s national headquarters are in Chicago, Illinois; it also maintains a significant branch office in Washington, D.C. The D.O.J. headquarters is in Washington DC. These

physical public & private properties & assets are to be vacated, and returned to the People, from whom, the capital funds used to build these centers of profit & houses of unjust enrichments, were pirated, pillaged, and stolen. Turning these physical, brick & mortar, assets into centers of knowledge, as in libraries & monuments for the People, would be the Lien Claimant's recommendation.

27. The A.B.A., by its own admissions & postings, "provides law school accreditation, continuing legal education, information about the law, programs to assist lawyers and judges in their work, and initiatives to improve the legal system for the public. The Mission of the American Bar Association is to be the national representative (MONOPOLY) of the legal profession, serving the public, and the profession by promoting justice, professional excellence, and respect for the law." Is this true? Yes? or No?

28. The genuine Truth of the matter, is that, the A.B.A. and the D.O.J., nor any of their individual officers, or members, have any genuine "respect for the law," as evident in their behaviors, conduct, and the following Oath of Office requirement, pursuant **28 USC§453**, taken by thousands of their "Administrative Clerks" posing as "judges", and "magistrates;"

"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."

29. This Oath does NOT say, "Under the legal system, or corporate body politic." NOR does it say, "the United States of America, Inc.," as semantically devised, created, lobbied, legislated, or executed, by the individual members of the A.B.A., or the D.O.J.. And, yet, to swear, under Oath, and under the Penalty of Perjury, "So help me God," is, by all definitions, "Perjury," wherein, the A.B.A.'s & D.O.J. practices & conduct in "denying God," is clearly evident in every A.B.A. courtroom in America, and in every, single, revenue-bearing, statute, code, rule, ordinance, and every, single, color of law enacted in both the Public & Private Record.

30. It stands to reason, then, and as a point of accepted & universal Truth, that each & every Oath prescribed, given, taken, filed, recorded, monetized, and securitized, and placed into commerce, by every justice and judge, is a false & fabricated statement, intended to obstruct free trade & commerce, and is, well beyond any reasonable doubt, a written confession to sedition & treason, taken/given in an "open court of law." It is, also, a willing & premeditated act of Treason, and commercial fraud, against the Continental united States of America, against its Constitutions, and against its residents & inhabitants, pursuant **Article III, Section 3 of the Constitution**. The BAR's ignorance of the law shall be NO excuse, and it is NOT a valid reason for the commission of a crime, when the law is easily and readily available to anyone making a reasonable effort to study the law. Would you agree that these Oaths are acts of Sedition &

Treason, and that, the judgments handed down at the Nuremberg Trials against those stating, "I was just following orders," were just & accurate? Yes? or No?

31. The "legal definition" of the term "Public," according to Black's Law Dictionary (Eighth Edition), reads; "1. Relating or belonging to an entire community, state, or nation [Cases: Municipal Corporations §§ 1557-1559.] 2. Open or available to all to use, share, or enjoy. 3. (Of a company) having shares that are available on the open market. [CORPORATIONS]. Do you agree with this "legal definition?" Yes? or No? If No, please provide the BAR's corporate definition.

32. The "legal definition" of the term "publican," has its origins in the Latin term, "publicanus," which comes from "Hist. Roman Law," and means, "A tax collector. A publicanus was described as "a farmer of the public revenue," although the publicanus reaped only the money from that sown by the labor of others." Would you agree with this Black's Law Dictionary definition? Yes? or No? If No, please provide the Republican Party's definition.

33. The definition of the term LEGAL. "the undoing of God's Law." 1893 Dictionary of Arts and Sciences, Encyclopedia Britannica; a dictionary of arts, sciences and general literature/ The R. S. Peale 9th 1893. God's Law is also known as "Natural Law," and Natural Law is the foundation for "Commercial Law," wherein, "the Truth bounds all contracts." Does the A.B.A. or the D.O.J., then, promote & support the "undoing of God's Law"? Yes? or No? If No, please identify, describe, and explain who you serve.

34. Following this definition, what does the A.B.A. or the D.O.J., actually produce in real labor, or in benefits for the people, other than non-productive, self-serving, job programs for its own members, and its affiliated corporations & contractors, such as the I.R.S., J.P. Morgan Chase, Wells Fargo Bank, Citicorp, and its privately-controlled & administrated for-profit jail & prison systems? Please be specific in your answers!

35. According to the Northern Trust Corporation documents obtained from the Federal Securities & Exchange Commission, the Bar, a.k.a. "The A.B.A." is the very same corporation as the Internal Revenue Service, and that, the A.B.A. owns Wells Fargo Bank, J.P. Morgan Chase, Citicorp, and a host of Fortune 500 companies. Are these documents correct? Yes? or No? If No, please provide the documents that show anything different.

36. If your answer to #35 is "Yes," does this NOT present an incredibly serious "Conflict of Interest" for the A.B.A., the I.B.A., and the D.O.J., pursuant to their very own corporate laws prohibiting such misconduct, fraud, and misrepresentation, when the I.R.S. issues fraudulent unconstitutional liens against living inhabitants of the Land, and the A.B.A.'s membership, which includes Attorney Generals, District Attorneys, prosecuting attorneys, and/or defense attorneys, re-presents the I.R.S. in these kangaroo court cases, and where the Administrative Clerks, a.k.a. "bankruptcy judges" adjudicating over such matters are, also, members of the

A.B.A.?  Yes? or No? If No, please explain why you believe such "Conflicts of Interest" should be accepted as "Truth in Commerce."

37. If the answer to #35 is "No," please present the law, or even the "legal statute," which gives any A.B.A. and D.O.J. member the privilege & right to criminally usurp, subvert, obstruct commerce, or to deprive, the Unlienable & Natural Rights of any living individual of land ownership on the land.  Please be very specific in your answer.

38. The A.B.A., and the D.O.J. as "political organizations," are two of the most powerful political lobbying organizations within the City/State of Washington, D.C. and in each of the 50 states, wherein, the A.B.A., and the D.O.J. and their subsidiary corporations, have an unprecedented "financial interest" in all national & state  government agencies, when the A.B.A. and the D.O.J., create, draft, construct, present, and instruct, elected & appointed government officials & agents of these Nation/States, including the Federal & State quasi-government agencies, on how best to execute these revenue-bearing statutes, codes, rules, ordinances, and a broad mix of "colors of law," from which the A.B.A. and the D.O.J., its members, and/or their affiliate corporate shell franchises, are awarded lucrative corporate-government contracts involving the embezzlement of taxpayer sureties & treasuries, and the execution & enforcement of their copyrighted & legislated statutes, codes, rules, etc.. Is this an accurate assessment of the A.B.A.'s, and D.O.J.'s "financial interests," their actual lobbying power & efforts used by its individual & corporate executives, officers, members, and contractors?  Yes? or No?  If No, please explain what your true "financial interests" are.

39. Once, again, with such broad legislative & executive powers to enforce these revenue-bearing statutes, codes, rules, and ordinances, does this NOT abrogate those very limited Constitutional powers delegated to the Judiciary by the united States, and the people, and do they NOT violate the A.B.A.'s and D.O.J.'s very own Corporate Charters, their Policies, Procedures, Bylaws, and Professional Codes of Conduct?  Yes? or No?

40. As the "Principals (Individuals)" behind the A.B.A.'s "financial interests," lobbying, legislating, and the execution of these revenue-bearing statutes, codes, and ordinances, and with all Federal & State Law Enforcement officials now being under the control of the A.B.A., a.k.a. "DEPARTMENT OF JUSTICE," does this NOT make these Law Enforcers culpable, responsible as "Accessories after the fact," and "parties to fraud, and voluntary, or "conscripted parties" to the null & void contracts," and does this NOT directly implicate the agents, employees, and contractors, as criminal co-conspirators of the A.B.A.'s Corporations?  Yes? or No?  If No, please explain why law enforcement officers are NOT, more truthfully & accurately, referred to as "Legal Enforcement Officers."

41. If you answered "Yes" to Question #40, are you attesting, then, that the A.B.A., and the D.O.J., have "financial interests" in all elected, selected, and appointed Law Enforcement officials, and that, these individuals have, in concert, whether "voluntarily," or "conscripted,"

and under a myriad of "colors of law," committed voter & election fraud under the presumptions & misrepresentations, that the People have been duped & hoodwinked into believing they have any type of say over who they may elect, select, or appoint? Yes? or No? If No, please explain how the A.B.A., and the D.O.J., were able to obtain their consent, and maintain the compliance of these public servants.

42. Such reckless behaviors & "criminal presumptions," then, can be easily construed by any competent, and properly convened & seated common law jury of the people, as forms of extortive racketeering, hijacking, and the piracy of the People's voter & election systems, along with the press-ganging of the People's public servants, the piracy & seizures of the People's lands & labors, and the destruction of the People's Unlienable & Natural Rights, for the exclusive benefit, use, and pleasure of the members of the BAR, and the banking elite. Would this be a correct assessment & assertion? Yes? or No? If No, please explain how you believe these acts to be civil & just in any society, or culture.

43. Given the heavy "contractual & commercial nature" of your debt money system, your high-priced lobbying, your "legalized," and copyrighted legislations, and the excessive use of force in executing your revenue-bearing statutes, codes, rules, ordinances, and other colors of law, by those 'allegedly' elected, selected, and appointed Law Enforcement agents, who were, in fact, duelly sworn under Oath to protect & serve the State & Federal Constitutions, does this NOT present a very serious, and Tortious "Conflict of Interest," and a major "misrepresentation" by the individual/corporate members of the A.B.A., the I.B.A., and their "contractors?" Yes? or No? If No, please provide the lawful Constitution(s) your contractors actually operate under.

44. Would you NOT agree, that these criminal acts are, equally, violations of the "Supreme Laws of Land," and the A.B.A.'s, and the I.B.A.'s, very own Corporate Charters, along with violating each & every commercial filing & registry of your corporate subsidiary's "Articles of Incorporation" on public record in each nation, and in each of our 50 states of America? Yes? or No?

45. Given the Maxim of Law, which states, "NOTICE TO PRINCIPAL IS NOTICE TO AGENT, AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL," does it NOT follow, then, the terms & conditions drawn in the Commercial Obligation Lien processes, that, any & all of A.B.A.'s, and I.B.A.'s executives, officers, directors, employees, agents, and their contractors, ie; Government "Legal Enforcement Agents," are violating the terms & conditions set forth under law, and they are all, presently, operating in commercial dishonor & default? Yes? or No? If No, please provide the Laws of Commerce, which give the A.B.A, the I.B.A., and the D.O.J., the authority to operate outside & above these Maxims of Law.

46. This means, then, any & all A.B.A., I.B.A., and D.O.J. executives, officers, directors, employees, agents, and contractors, are lawfully & "legally" prohibited from approaching,

engaging, or contacting, any & all witnesses, informants, or crime victims, who, under the "injurious presumptions" of being "lost at sea," "left on the battlefield," or are "dead estates," but who are, in fact, genuine, Living beings, residents, and inhabitants on the Land, Territories, and/or Colonial Districts. This PROHIBITION exists until the terms & conditions of this Commercial Obligation Lien (Agriculture Lien), pursuant 15 USC, are satisfied in full. Would you NOT agree? Yes? or No? If No, please provide the "Natural Law" that gives you the privilege, and the right, to harass, intimidate, coerce, assault, detain, arrest, incarcerate, imprison, or punish, a genuine Living being.

47. Inasmuch; This Commercial Lien, a.k.a. "Agricultural Lien," is, also, to be received & considered a Writ of Injunction & Restraint against the A.B.A., the I.B.A., and the D.O.J., along with a formal & official order by the People to CEASE & DESIST with all violations & crimes against humanity, including, but NOT limited to, ending the lobbying, bribery, influencing, scripting, construction, drafting, legislating, executing, or profiting from any & all revenue-bearing statutes, codes, rules, ordinances, or any other "color of law" enactments in, or from, any house of the people's lawfully constituted government agencies, congresses, commission, or collective venues. Do you agree that these demands & claims for remedy are warranted, lawful, and just? Yes? or No? If No, please explain why you should not Cease & Desist with these activities.

48. If your answer, or response, to Questions #46 & #47, is "No," please reconsider **18 USC, §3771**, wherein, every Living resident, and inhabitant of the Land, has been, and is, either, a "Witness," or a "Crime Victim" of the A.B.A., the I.B.A., and the D.O.J., and as such, they are entitled to protection by their dejure & defacto US Marshal Services, the Civilian Provost Marshal, the dejure Military, and their own County Sheriffs, wherein, these officers are held to their "dejure contracts in commerce," and they are under their very own Oaths of Office to protect "Witnesses," and "Crime Victims," and to serve, both, State & Federal Constitutions, with all revenue-bearing statutes, codes, rules, ordinances, and other colors of law, NOTWITHSTANDING! Are these NOT the obligations & duties of the US Marshals & County Sheriffs stated, defined & described under your very own statutes, codes, etc.? Yes? or No?

48. Having invoked **18 USC §3771**, which is, clearly, a lawful & righteous derivative of the Continental united States Constitution's prohibitions & constraints, all "witnesses," and "crime victims" are guaranteed due process under the Supreme Laws of the Land, the Law of Nations, International Laws, Commercial Law, Natural Law, and under the Universal Declaration of Human Rights, proper remedy & recourse for their injuries, particularly, when these guarantees & protections have been intentionally & willfully obstructed, subverted, misrepresented, and/or totally denied by those charged & tasked with providing these guarantees & protections. Would you NOT agree? Yes? or No? If No, please provide the Law that gives your "Legal Enforcement Agents" the rights & privileges to operate outside of, or above, the Law.

49. There are THIRTY (30) Articles in the Universal Declaration of Human Rights. Of these Articles, which Article, or Articles, does the A.B.A., the I.B.A., or the D.O.J., support, and which Article, or Articles, does the A.B.A., the I.B.A., or the D.O.J., reject? Please be specific in your answers.

50. The entities, Agents, and Individuals, that are listed above as Lien Debtors, by their own admissions, records, actions, inactions, omissions, malfeasance, misconduct, or pure negligence, prove, well beyond any reasonable doubt, that they are, at the very least, "guilty" of criminally violating **Title 15 USC § 1 & 2**, a host of Title 18 USC violations, including, but not limited to; **Title 18 USC § 241, 242, Title 22 USC (Foreign Registrations Act), Title 26 USC, Title 28 USC**, and numerous violations of trust & breach of contract under **Title 42 USC § 1983**. Is this NOT a correct assessment? Yes? or No? If No, please provide the Law, or Laws, which would give you protection, or immunity, from such charges.

50. With the Lien Claimants, and other injured parties, having invoked these laws, derivative codifications, protections & immunities, each & every law & code MUST, then, in a point-by point, article-by-article, be protested, argued, and/or rebutted, in an Affidavit of the Truth, and taken under Oath, that these protests, arguments, and rebuttals, are the Truth, the whole Truth, and nothing but the Truth, under the Penalty of Perjury. If you are willing & capable of doing so, you are being given THIRTY (30) DAYS in which to answer these charges & allegations? Do you understand? Yes? or No? If No, what elements of these charges & allegations do you NOT understand?

51. Again, under the terms & conditions set forth in Commercial & Natural Law, the above mentioned Lien Debtors have THIRTY (30) DAYS in which to respond, protest, or rebut, this Commercial Obligation Lien, Counter Claim & Affidavit, and to return same via USPS Certified/Registered Mail to Lien Claimant listed. Failure to do so, will result in an immediate "Asset Forfeiture & Seizure" of the "Accounts Payable" of FOUR HUNDRED SIXTY MILLION ($460,000,000) US GOLD DOLLARS, currently held by the A.B.A., and the I.B.A., pursuant **U.S. Codes UCC-9/102 (Agricultural Liens)**, and **UCC 9/607-610 (Secured Party's Right to take possession after default)**. Do you understand these terms & conditions? Yes? or No? If No, please state what terms & conditions you do NOT understand.

53. A perfected & cured Lien also commands the recovery of the "Accounts Receivable," pursuant to **12 USC § 411** mandates & guidelines, for each Affiant and Lien Claimant, who, by the endowed proxy of this Claim for Remedy, a.k.a. "Commercial Obligation Lien," and their Affidavit, will, under Oath, act in the capacity of an Administrator, Creditor, Beneficiary, and Grantor, in the assignment of a qualified "Authorized Agent," or Agents, for the "redistribution" of the "Accounts Receivables," (ie; all laundered, pirated, and stolen assets, monies & properties), and to restore same to any & all injured parties, individuals, "witnesses," and "crime victims" of the A.B.A., the I.B.A., and the D.O.J., their Ponzi Franchise Corporations, and their subcontractors.

**PROOF OF ALLEGATIONS:**

1. The "PROOF OF ALLEGATIONS" lies directly at the feet of the individual Officers & Crew of the A.B.A., the I.B.A., and the D.O.J., ie; their Administrators, Executives, Officers, Directors, Employees, Agents, and Contractors, and with their honor, willingness, and their ability, to respond, protest, argue, or rebut the allegations made, herein, point-by-point, and article-by-article, under an Affidavit of Truth, under sworn Oath, and under the Penalty of Perjury.

2. It is anticipated & expected, that these individual members & contractors of the A.B.A., the I.B.A., and the D.O.J., rather than admit to their crimes against humanity, in-writing, will choose to go silent, or simply invoke the Fifth Amendment of the US Constitution, which, again, is NOT open to ANY A.B.A., I.B.A., or D.O.J. member, agent, employee, or contractor.

3. Their acquiescence, or silence, then, will, under the weight of Commercial Law & Natural Law, result in their waiving all of their corporate, public, private, and individual rights & immunities, as per 28 USC #455, and they will, also, be attesting to their acceptance & agreement to all allegations made, to accept all fines, fees, penalties & punishments they are deserving of, and entitled to, under Common Law, the Law of Merchants, International Law, Commercial Law, Natural Law, and to have violated their very own corporate laws & self engineered codifications, which are grounds for the immediate dissolution of their corporate charters. Are these terms & conditions clear to you? Yes? or No?

LEDGERING AND TRUE BILL:

1. The ledger for this "TRUE BILL" is based on the Truth, the whole Truth, nothing but the Truth, and upon the MONETARY FACE VALUE of FOUR HUNDRD SIXTY MILLION ($460,000,000.) US GOLD DOLLARS retrievable from stolen & pirated properties & assets, pursuant 12 USC § 411, believed to be of record, and all properties & assets suspected of being hidden in privatized off shore properties & accounts by various individuals & members the AMERICAN BAR ASSOCIATION.

2. These stolen & pirated "assets" and "properties" will be confirmed & verified by a People's open, complete & independent audit of the Federal Reserve Bank, and an audit of the International Monetary Fund (IMF).

3. This "TRUE BILL" is, also, set against the MAXIMUM PUBLIC HAZARD BONDS/INSURANCES held by the A.B.A.'s, and the I.B.A.'s Bonding Companies, whether "in-house," or "independent," for all of these Entities, Agents, and Individuals, including, but NOT limited to, the individual Lien Debtors listed above.

4. As a Commercial Instrument, this "TRUE BILL" has an S.E.C. Tracer Number of #2640220, which is the Reception No.# assigned by the Mesa County Colorado Deputy Clerk & Recorder,

Brandy Emow, for the filing of the fraudulent, fictitious, and fabricated Oath of Office signed by Colorado's 21st Judicial District Crown Administrative Clerks, Craig P. Henderson, and David A. Bottger, and witnessed by Sandra Casselberry, the Judicial Administrator for Mesa County, Colorado.

5. This S.E.C. Tracer Number of #2640220 is a "commercial securities tag," and is but a single Exhibit, out of thousands, of the prima facie evidence of the A.B.A.'s conspiracy to commit sedition, piracy, and commercial fraud, against the Lien Claimants, and against the American people, wherein, any such Oath "prescribed, given, taken," commercially securitized & monetized, was, and is, a "solemn mockery," and "equally a crime," according to the Crown's very own Supreme Court ruling by US Supreme Court Chief Justice, John Marshal, in 1803.

6. This S.E.C. Tracer Number of #2640220, as related to this Commercial Obligation Lien, may be used as form of identification for any & all "Witnesses," "Crime Victims," and/or "injured parties," when asked for identification by any A.B.A., I.B.A., or D.O.J. contractor, or revenue/tax collector ("Publicanus"), (ie; I.R.S. Agent, H.L.S. Agent, F.B.I. Agent, C.I.A. Agent, Sheriff, Sheriff Deputy, Police Officer, U.S. Marshal, etc.).

7. All such "Crown Contractors" are, under the terms & conditions of this International Commercial Obligation Lien/Agricultural Lien/Writ of Injunction & Restraint/Cease & Desist Order, prohibited from engaging with, detaining, arresting, incarcerating, harassing, coercing, or intimidating, any "Witness," "Crime Victim," a.k.a. "any Living Being," or citing same under any revenue-bearing statute, code, rule, ordinance, or any other "color of law" infraction, providing the Living Being has NOT harmed or injured another Living Being. [Corporations CANNOT be injured! Only Living Beings can be injured!] Without an "injury," there can be NO crime, and NOWHERE can these revenue-bearing statutes adhere, and no "false presumptions of a crime" shall be made, authorized, or enforced!

8. Any encroachments, or violations, upon the terms & conditions stated above by any "Crown Officer," "Crown Agent," or "Crown Contractor," will result in additional 15 USC penalties being levied upon the corporate, personal, and private properties & assets of these individual "Officers," "Agents," or "Contractors," while operating privately, or in their "corporate capacities."

9. This S.E.C. Tracer Number of #2640220, however, and wherever, presented, will serve as the People's Rescission of Consent, and as fair, proper, and lawful notice to CEASE & DESIST with any & all criminal aggressions, trespasses, and transgressions, while operating on the Land, and/or under the 'presumed & alleged' jurisdiction, power, or authority of the Military/Admiralty Flag of the Crown Templar.

**SURETY & CERTIFICATION**: The Sureties & Certifications of, and for, any & all Corporate, Public, Personal, or Private Accounts, Bonds, Securities, Profits, Proceeds, Fixtures, Chattels, and Assets owned/managed by ANY individual operating within the jurisdiction, or control, of

the A.B.A., the I.B.A., the D.O.J., or their, "in-house," Bonding Companies, under the indirect, or direct control of the A.B.A., or the I.B.A., their Nation/State franchises, Inns of the Court, The Federal Reserve Banking System, or The International Monetary Fund (IMF) for these Entities, Agents and Individuals, are all considered forfeitable assets, and as "debt obligations" to the Lien Claimants, their assigns, and/or their heirs. As such, the Lien Debtors are lawfully responsible for producing, upon this commercial demand, these Sureties, Accounts, Financial Statements, and all Certificates of Liability & Indenture.

**ENFORCEMENT:**

1. The Affiant/Lien Claimant, without prejudice, and Reserving All Rights, declares this Commercial Obligation Lien to be self-effecting, self-evident, and self-enforcing, noting that the US Marshal Service, is now lawfully restored to the People's Executive Branch of the Continental united States of America, and they are no longer contractually obligated to the A.B.A.'s subsidiary corporation of the Department of Justice, both of which, are, hereby, dissolved for by the People for cause, and by necessity.

2. The US Marshal Service, a Constitutional Law Enforcement Agency, and NO LONGER a "Legal Enforcement Agency," in the State of Illinois, and elsewhere throughout the 50 States, Washington, D.C., and their 94 government offices, will be tasked & charged with executing the seizing, freezing, and recovery of all the A.B.A.'s, and the I.B.A.'s corporate, public, personal, and private properties, found upon the Land, at sea, or found to be held by any & all individuals operating under the A.B.A., or the I.B.A., until such time, as it is determined that the full face amount of this Commercial Obligation Lien can be satisfied, and that all other Claims for Remedy made, herein, are unconditionally satisfied in full.

3. The US Marshals, having been given the preponderance of evidence, and probable causes stated, herein, that crimes have been committed, and that, crimes are being committed, shall under their own authority, jurisdiction, and powers, as dejure Marshals & Sheriffs, commence, IMMEDIATELY, with serving Notice of this Writ of Injunction & Restraint/Cease & Desist, without the need of a court order, or warrant, as is their privilege, duty, and obligation, under Law.

4. On the SIXTY-FIRST (61st) DAY after receipt of this Lien, the US Marshals & Interpol, are to commence, at once, with the freezing, forfeiture, and seizing, of all corporate, personal, public, private, and individual properties, accounts, and assets, known to be in the possession of, or under control of, the UNITED STATES OF AMERCIA CORPORATION., and/or any & all of their corporate contractors, however related.

5. Fair compensation shall be made for the anticipated expenses & services rendered by these agents, and for their abiding by their own Oaths of Office (https://www.law.cornell.edu/uscode/

text/28/563). The US Marshal Service & Interpol will receive TWENTY (20%) of the recovered assets, and these funds will be divided equally. A Promissory Note shall be tendered to the dejure United States Treasury, and earmarked to the US Marshal Service & Interpol in this amount. The full face amount of the Promissory Note will be made payable to the US Marshal Service & Interpol immediately upon the successful recovery, reclamation, and return, of the Lien Claimant's "Accounts Receivables."

6. Should it ever be misconstrued, or misrepresented, that this Promissory Note, and/or payments made to the US Marshal Service & Interpol, is some form of bribery, the Lien Claimant shall argue & deny same, and declare these funds lawful & appropriate compensation for the tasks & expenses the US Marshals & Interpol are tasked & charged with. These funds constitute stolen & pirated properties & assets of the American people, and these compensations are to be considered "bounties," "prizes," and "rewards" for honest service by the people's law enforcement agencies & agents.

**LIEN CLAIMANT'S CERTIFICATION/OATH & AFFIRMATION**:

I, _King Kofi Tamir Neo Lior Bey_, a living, breathing, being, a Natural inhabitant of the Land, and who is of the age of the majority, and NOT a child, and who has NOT been found lost at sea, or left on the battlefield, am competent in commerce to certify on my own unlimited commercial liability, that I have read the above Affidavit of Obligation, and do know the contents to be true, correct, complete and not misleading of the truth, the whole truth and nothing but the truth, and do believe that the above described acts have been committed contrary to the Supreme Laws cited, defined, described, herein.

BY: _King Kofi Tamir Neo Lior Bey_                    Date: _6 / 27 / 2017_

As First & Second Witnesses to the content of this Affidavit, and to the Living Character & red-inked, blood signature of Affiant, and Lien Claimant, I attest to both as being true in material fact, and both were done without malice, contempt, the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.

_Sharon Kemue A Loyd_ _____ Witness           Date: _6 / 27 / 2017_

_____ Notary           Date: _6 / 27 / 2017_

OFFICIAL SEAL
SEAN I WELLS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/25/18

                                               Expiration Date: _6 / 25 / 2018_

CERTIFICATE OF SERVICE BE IT KNOWN TO ALL MEN, the Affiant shall post this Commercial Obligation Lien to the Public Record with a filing to the united State's Secretary of State, and Illinois's Secretary of State, and make every attempt of service to the Defendant, via Delivery in court filing, noting that NOTICE TO AGENT IS NOTICE PRINCIPAL, and that, NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S). INASMUCH, the Affiant is NOT responsible for the qualification of service to the Lien Debtor, as AGENTS MUST NOTIFY PRINCIPALS, AND PRINCIPALS MUST NOTIFY AGENTS; THIS INCLUDES THE A.B.A.'S, AND THE I.B.A.'S BONDING AGENTS & ENTITIES CHARGED WITH THE BONDING & INSURING OF SURETIES OF THEIR CLIENTS.